| | |
|---|---|
| 1  GILBERT EISENBERG (SBN 28900)<br>   400 Montgomery Street, Second Floor<br>2  San Francisco, CA 94104<br>   Facsimile: 415-296-8734<br>3  Telephone: 415-433-3476<br>4<br>   Attorneys for Defendant<br>5  IRA GASS | **FILED**<br>AUG 2 - 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>   Plaintiff, ) <br> v. ) <br> IRA GASS, ) <br>   Defendant. ) | No. CR06-0051CW <br><br> **STIPULATION AND** <br> ~~PROPOSED~~ **TRAVEL ORDER** <br><br> Oakland Venue |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Ira Gass may travel outside the Northern District of California, from August 15, 2006 through September 9, 2006, to The Haage, The Netherlands to visit relatives. Prior to travel, Ira Gass agrees to provide Pretrial Services Officer Barbara Ray with his contact information, including, the place where he will be staying and a telephone number where he can be reached. Pretrial Services Officer Barbara Ray advised counsel for defendant on July 31, 2006 that Ira Gass is in full compliance with his conditions of release and she has no objection to the requested travel plans, under the conditions proposed herein.

Dated: July 31, 2006

GILBERT EISENBERG
Attorney for Defendant

Dated: August 1, 2006

MAUREEN BESSETTE
Assistant United States Attorney

TRAVEL ORDER
CR06-0051CW                                          -1-

*cc: WDB's Stats, Copy to parties via ECF*
*Pretrial, Financial, Sheilah*

| | |
|---|---|
| 1 | Assistant United States Attorney |
| 2 | |
| | IT IS SO ORDERED |
| 3 | Dated: August 2, 2006 |
| 4 | ~~JUDGE,~~ UNITED STATES DISTRICT COURT |
| | MAGISTRATE JUDGE WAYNE D. BRAZIL |

1
2  IT IS SO ORDERED
3  Dated: August 2, 2006
4  ~~JUDGE,~~ UNITED STATES DISTRICT COURT
   MAGISTRATE JUDGE WAYNE D. BRAZIL
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRAVEL ORDER
CR06-0051CW                    -2-