GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
IRA GASS

FILED

AUG 3 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,  )   No. CR06-0051CW
                           )
    Plaintiff,              )
                           )   ~~PROPOSED~~ ORDER FOR RELEASE
    v.                      )   OF PASSPORT PURSUANT TO
                           )   TRAVEL ORDER
IRA GASS,                   )
                           )
    Defendant.              )
_____)

Good Cause Appearing, a Travel Order having been signed by this court on August 2, 2006 permitting defendant Ira Gass to travel to The Haage, The Netherlands from August 15, 2006 through September 9, 2006 it is further ordered that defendants United States Passport be released by the clerk of the court to Ira Gass, or his attorney Gilbert Eisenberg prior to August 15, 2006, and that defendant surrender his passport to the Clerk's office not later than September 12, 2006.

IT IS SO ORDERED:

Dated: August 3, 2006

WAYNE D. BRAZIL
U.S. District Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF,
Sheilah, Pretrial, Financial

ORDER
CR06-0051CW                    -1-