GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415)433-3476
Facsimile:  (415)296-8734

Attorney for Defendant
**IRA GASS**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>IRA GASS,<br><br>         Defendant. | Case No.  CR-06-0051 CW<br><br>**STIPULATION AND<br>AMENDED TRAVEL ORDER** |

   IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Maureen Bessette, and counsel for the Defendant, Ira Gass, Gilbert Eisenberg, that the previous Travel Order, dated October 3, 2006, permitting defendant Ira Gass to travel outside the Northern District of California, from October 13, 2006 to October 16, 2006 to Philadelphia, Pennsylvania to visit relatives be amended to permit defendant Ira Gass to travel to Philadelphia, Pennsylvania to visit relatives from October 13, 2006 to October 18, 2006.. Prior to travel, Ira Gass agrees to provide Pretrial Services Officer Barbara Ray with his contact information, including, the place where he will be staying and a telephone number where he can be reached.  Pretrial Services Officer Barbara Ray advised counsel for defendant on October 10, 2006,  that Ira Gass is in full compliance with his conditions of release and she has no objection to the requested plans, under the conditions proposed herein.

/ / /

/ / /

STIPULATION TO TRAVEL AND ORDER            1

1  / / /
Dated this __10th___ day of October, 2006.
2
                                            /s/
3                                           MAUREEN BESSETTE
                                            Assistant United States Attorney
4

5  Dated this __10th___ day of October, 2006.
                                            /s/
6                                           GILBERT EISENBERG
                                            Attorney for Defendant
7

8

9

10    **IT IS SO ORDERED.**

11    Dated this _11th_ day of October, 2006.

12

13

14

15                                          _____
                                            WAYNE D. BRAZIL
16                                          U. S. District Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO TRAVEL AND ORDER              2