1  GILBERT EISENBERG (SBN 28900)
   LAW OFFICES OF GILBERT EISENBERG
2  400 Montgomery Street, Suite 200
   San Francisco, CA 94104
3  Telephone: (415)433-3476
   Facsimile:  (415)296-8734
4
   Attorney for Defendant
5  **IRA GASS**

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )   Case No.  CR-06-0051 CW
                                         )
12         Plaintiff,                    )   **STIPULATION TO CONTINUE**
                                         )   **SENTENCING HEARING AND**
13  v.                                   )   **[PROPOSED] ORDER**
                                         )
14  IRA GASS,                            )
                                         )
15         Defendant.                    )
                                         )
16  _____

17         IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

18  Assistant U.S. Attorney Maureen Bessette, and counsel for the Defendant, IRA GASS, Gilbert

19  Eisenberg, that the date set for the sentencing hearing be continued from October 23, 2006 to

20  Decenber 11, 2006 at 2:30p.m.  This continuance is necessary because defendant has not yet had

21  his presentence report interview and additional time is required to complete the Presentence

22  Investigation Report. In addition defense counsel needs more time to confer with the mental

23  health expert hired on behalf of the defendant to conduct neuropsychological tests on the
    defendant.

24

25  Dated this _10th____ day of October, 2006.

26                                              /s/_____
                                                Maureen Bessette
27                                              Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER    1

1  Dated this 10th  day of October, 2006.

2                                    /s/
   ───────────────────────────────
   GILBERT EISENBERG,
3  Counsel for IRA GASS

4

5      GOOD CAUSE APPEARING,

6      IT IS ORDERED that the date set for the sentencing hearing on this case be continued
   from October 23, 2006 to December 11, 2006 at 2:30 P.M.
7  Dated this  17th  day of October, 2006.

8

9                                    ───────────────────────────────
10                                   CLAUDIA WILKENS
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER    2