1  GILBERT EISENBERG (SBN 28900)
   LAW OFFICES OF GILBERT EISENBERG
2  400 Montgomery Street, Suite 200
   San Francisco, CA 94104
3  Telephone: (415)433-3476
   Facsimile:  (415)296-8734
4
   Attorney for Defendant
5  **IRA GASS**

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11 UNIFIED STATES OF AMERICA,        )   Case No.  CR-06-0051 CW
                                     )
12         Plaintiff,                )   **STIPULATION TO CONTINUE**
                                     )   **SENTENCING HEARING AND**
13 v.                                )   ~~[PROPOSED]~~ **ORDER**
                                     )
14 IRA GASS,                         )
                                     )
15         Defendant.                )
                                     )
16 _____)

17         IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

18 Assistant U.S. Attorney Maureen Bessette, and counsel for the Defendant, IRA GASS, Gilbert

19 Eisenberg, that the date set for the sentencing hearing be continued from December 11, 2006 to

20 January 22, 2007 at 2:30p.m.  This continuance is necessary because defendant has not yet

21 completed presenting all necessary personal health information for completion of the Pre-

22 Sentence Report. United States Probation Officer Charles Mabie has been contacted and he has
   no objection to this request.

23

24

25 Dated this 30 day of November, 2006.

26                                          /s/
                                            _____
                                            Maureen Bessette
27                                          Assistant United States Attorney

   STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER    1

Dated this 29th day of November, 2006.

/s/
GILBERT EISENBERG,
Counsel for IRA GASS

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from December 11, 2006 to January 22, 2007 at 2:30 P.M.

Dated this __4TH__ day of December, 2006.

/s/ CLAUDIA WILKEN

CLAUDIA WILKENS
UNITED STATES DISTRICT JUDGE