1 GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
2 400 Montgomery Street, Suite 200
San Francisco, CA 94104
3 Telephone: (415)433-3476
Facsimile:  (415)296-8734
4
Attorney for Defendant
5 **IRA GASS**

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11 UNIQUE STATES OF AMERICA,           )   Case No.  CR-06-0051 CW
                                       )
12        Plaintiff,                   )   **STIPULATION TO CONTINUE**
                                       )   **SENTENCING HEARING AND**
13 v.                                  )   ~~[PROPOSED]~~ **ORDER**
                                       )
14 IRA GASS,                           )
                                       )
15        Defendant.                   )
                                       )
16 _____

17         IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

18 Assistant U.S. Attorney Maureen Bessette, and counsel for the Defendant, IRA GASS, Gilbert

19 Eisenberg, that the date set for the sentencing hearing be continued from January 22, 2007 to

20 February 5, 2007 at 2:30p.m.  This continuance is necessary because defendant has not yet

21 completed presenting all necessary personal health information for completion of the Pre-

22 Sentence Report. Defense counsel represents that the delay in obtaining this information was

23 caused by the fact that the defendants health insurance provider would not pay for the tests

24 required to obtain the health information, thus requiring the defendant to go to private sources to

25 borrow the funds to pay for the tests. The tests have been performed the reports are expected this

26 week. No further requests for continuances are anticipated.

27 Dated this 17th day of January, 2007.

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER    1

1   /s/ Maureen Bessette
MAUREEN BESSETTE
2   Assistant United States Attorney

3   Dated this 17th day of January, 2007.

4   /s/ Gilbert Eisenberg
GILBERT EISENBERG,
5   Counsel for IRA GASS

6

7       GOOD CAUSE APPEARING,

8       IT IS ORDERED that the date set for the sentencing hearing on this case be continued

9   from January 22, 2007 to February 5th, 2007 at 2:30 P.M.

10  Dated this 18th day of January, 2007.

11

12  CLAUDIA WILKENS

13  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER    2