```
GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476


Attorney for Defendant
IRA GASS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRA GASS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR06-0051CW <br><br> **STIPULATION TO AMEND JUDGMENT AND** <br> **[PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Maureen Bessette, and counsel for the Defendant, IRA GASS, Gilbert Eisenberg, that the Judgment be amended at page two to state that: "The court makes the following recommendations to the Bureau of Prisons: that the defendant be designated to The Federal Prison Camp Lompoc, CA" instead of FCI Lompoc, CA.

Dated this 21st day of February, 2007.

           /s/   Maureen Bessette
           MAUREEN BESSETTE
           Assistant United States Attorney

Dated this 21st   day of February, 2007.

           /s/  Gilbert Eisenberg
           GILBERT EISENBERG,
           Counsel for IRA GASS

1   GOOD CAUSE APPEARING,

2   IT IS ORDERED that the Judgment, dated February 13, 2007 be amended at page two to
3   state that the courts recommendation to the Bureau of Prisons is that the defendant be designated
4   to "The Federal Prison Camp, Lompoc, CA" instead of FCI Lompoc, CA..

5

6   Dated this __26th__ day of February, 2007.



7

8   _____
    CLAUDIA ~~WILKENS~~ WILKEN
9   UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO AMEND JUDGMENT; [PROPOSED] ORDER
-2-