GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
IRA GASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRA GASS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR06-0051CW <br><br> **STIPULATION TO CONTINUE SELF SURRENDER DATE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Maureen Bessette, and counsel for the Defendant, IRA GASS, Gilbert Eisenberg, that the date set for the self surrender of the defendant be continued from April 17, 2007 to May 2, 2007. This continuance is requested because defendant needs the additional time to get his high blood pressure under control. No further requests for continuances will be made.

Dated this 7th day of March, 2007.

                                  /s/   Maureen Bessette
                                MAUREEN BESSETTE
                                Assistant United States Attorney

Dated this 7th day of March, 2007.

                                /s/  Gilbert Eisenberg
                                GILBERT EISENBERG,
                                Counsel for IRA GASS

-2-

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the defendants self surrender to the institution designated by Bureau of Prisons for the purpose of serving his sentence be continued from April 17, 2007 to May 2, 2007.

Dated this 13th day of March, 2007.

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: U.S. Marshal; PTS; U.S. Probation

STIPULATION TO CONTINUE SURRENDER DATE; [PROPOSED] ORDER
-2-